UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FORMFACTOR, INC.,

        Plaintiff,

    v.

MR. PROBER TECHNOLOGY INC., et al.,

        Defendants.

Case No.  13-cv-03688-JST

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

On August 15, 2013, the Clerk issued a notice setting this matter for a Case Management Conference on November 6, 2013 at 2:00 p.m.  ECF No. 9.  The same notice ordered the parties to file a Joint Case Management Statement at least ten court days before the conference.  Id.

It is now the day before the conference, and no Joint Case Management Statement has been filed.  Also, defendant MPT Equipment, Inc. appeared in the case only last week.

For these reasons, the Court continues the Case Management Conference to **Wednesday, December 4, 2013 at 2:00 p.m.**  A Joint Case Management Statement must be filed by November 18, 2013.  If a statement is not timely filed, the Court will issue an Order to Show Cause.

      **IT IS SO ORDERED.**

Dated:  November 5, 2013

_____

JON S. TIGAR
United States District Judge