William J. Robinson (State Bar No. 83729)
email: wrobinson@foley.com
Jean-Paul Ciardullo (State Bar No. 284170)
email: jciardullo@foley.com
Justin M. Sobaje (State Bar No. 234165)
email: jsobaje@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone:     213-972-4500
Facsimile:      213-486-0065

Adrienne H. Miller  (State Bar No. 274660)
email: amiller@foley.com
**FOLEY & LARDNER LLP**
975 Page Mill Road
Palo Alto, CA 94304-1013
Telephone: 650-856-3700
Facsimile: 650-856-3710

Steve R. Sherman (State Bar No. 136589)
email: ssherman@tobysherman.com
**TOBY, SHERMAN & DOYLE, LLP**
4309 Hacienda Drive, Suite 350
Pleasanton, CA 94588
Telephone: (925) 463-3300
Facsimile: (925) 463-3301

Attorneys for **FORMFACTOR, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FORMFACTOR, INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MR. PROBER TECHNOLOGY INC.**, a Taiwan corporation, and **MPT EQUIPMENT, INC.**, a California corporation.<br><br>Defendants. | Case No. 3:13-cv-03688-JST<br><br>**[PROPOSED]** ORDER CONTINUING MEDIATION DATE TO APRIL 10, 2014 |

1  Before the Court is the parties' joint stipulation to continue their ADR Program mediation date
2  until April 10, 2014.  Good cause appearing, the mediation date is so continued.

Dated: March 18, 2014

