UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FORMFACTOR, INC.,

    Plaintiff,

    v.

MR. PROBER TECHNOLOGY INC., et al.,

    Defendants.

Case No. 13-cv-03688-JD

**ORDER TO SHOW CAUSE**

This case was set for a final pre-trial conference at 2:00 p.m. this afternoon, Friday, November 14, 2014.  No counsel appeared.

On November 12, 2014, the Court issued a Clerk's Notice expressly stating, "This case is currently set for a final pre-trial conference on November 14, 2014 at 2 p.m. in Courtroom 11 in San Francisco. Counsel should be prepared to address why this matter should be retained on the Court's trial calendar." Dkt. No. 85.

Counsel are hereby ordered to show cause in writing why monetary sanctions should not be imposed pursuant to this Court's inherent powers for their failures to appear at the conference. The responses to this order are due by 12:00 p.m. on Friday, November 21, 2014.

**IT IS SO ORDERED**.

Dated: November 14, 2014

_____
JAMES DONATO
United States District Judge