UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMFACTOR, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MR. PROBER TECHNOLOGY INC., et al.,<br><br>    Defendants. | Case No. 13-cv-03688-JD<br><br>**ORDER AWARDING ATTORNEY'S FEES AND COSTS AND CLOSING CASE**<br><br>Re: Dkt. No. 100 |

    The Court previously granted plaintiff FormFactor, Inc.'s motion for default judgment against defendants Mr. Prober Technology, Inc. and Dennis Huang. Dkt. No. 99. FormFactor had not specified the amount it seeks in attorney's fees and costs at that time, but has now done so by submitting counsel's declaration in support of its application for attorney's fees and costs. Dkt. No. 100.

    The Court has reviewed that declaration and finds the requested fees and costs to be reasonable. 17 U.S.C. § 505. The Court consequently awards a total of $256,483 to FormFactor, Inc., for $253,883 in attorney's fees and $27,443 in costs.

    The Court directs the Clerk to issue a Judgment and close the case.

    **IT IS SO ORDERED.**

Dated: May 29, 2015

                                                                _____<br>
                                                                JAMES DONATO<br>
                                                                United States District Judge